4/13/00 PURSUANT TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | * * * | |
| v. | * | CIVIL NO. 96-2413 (PG) |
| | * | |
| PEDRO AYALA-ROSADO<br>    Defendant. | * * | |

## JUDGMENT

Having the Court entered an Order on March 29, 2000 approving and adopting the Magistrate Judge's Report and Recommendation,

IT IS HEREBY, **ORDERED and ADJUDGED** that petitioner's 2255 motion be **DISMISSED**.

San Juan, Puerto Rico _April_ _12_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)

